THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARSON MOTORS INC., *et al.*, | CASE NO. C21-01367-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| GENERAL MOTORS LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant General Motors LLC's Matthews' unopposed motion for an extension of time to respond to Plaintiffs' complaint (Dkt. No. 7). Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 7) and ORDERS that Defendant General Motors LLC's deadline to respond to the complaint is extended to October 20, 2021.

//

//

//

//

//

DATED this 14th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
